To: CLERK OF THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA.
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CA. 94102.


FILED
FEB 22 PM 1:...
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

From: Armand Florez K63387
8141 ORION AVE
VAN NUYS, CA. 91406

17th of February 2008. Sun.

Refer: CASE NO# C 08-0011 TEH (PR), 42 USC §§ 1983 Claim.
EX-PARTE CORRESPONDENCE. ISSUE TO Certificate of
Funds in Prisoner's And inter alia..

Dear Sir/Madam.

My name is Armand Florez acting in Pro-se in the entitle case and mailing address is in caption above.

In response to 30 days notice that was issue on Approxi. Jan. 2, 2008 by Richard W. Wieking Clerk/Deputy Clerk (see Attachment). received on 2-13-08.

Subsequently to clarify these issues. Plaintiff will attempt to give his explanation in hope to put all matter in it appropriate prospective. Two separate Certificate of funds in Prisoners Account with Plaintiff trust Account statement attached, to showing the transaction for the last six(6) months, dated from Approxi. June 2007 to 12-2-07 and the second one dated for June 2007 to 12-12-07. with color stamped seal and sign by CDCR-PVSP-Prison Official, Counselor Sylva CCI. and inspected and seal & mailout envelopes that were already pre-paid. Addressed to U.S. Northern District Court.

These Two (2) Certificate of fund in Prisoner's Account with trust Account statement were sent on Approxi. 12-24-07 in Two (2) separate envelopes and the 42 USC §§ 1983 case NO# C08-0011 TEH (PR) were prepared in a different envelope. to avoid Mail tampering by Prison Officials as a form of retaliation.

See next page to continue.
Page # 1

Page #2.

Case No.: C 08-0011 TEH (PR)

Refer: EX-PARTE CORRESPONDENCE. And inter alia..

Dated 2-17-08. Sun.

Continue.

For these Two (2) Certificate of funds in Prisoner's Account was already sended. A Third (3) copy is now being requested from CDCR-PVSP Inmate Trust Account Office Dept. to forward Another Copy to U.S. Northern District Court with a statement showing the Plaintiff transaction from the months of June 2007 to January 2008 (six months) with a color stamped seal and signature of Prison Authority. The Case No.# and self addressed & pre-paid envelope were also attached.

May the court take notice. If CDCR-PVSP Prison Officials refuses to comply to request, then a Motion to waive this requirement must be submitted due to Extraordinary circumstances that exist beyond the Plaintiff control.

Plaintiff is giving notice of filing such documents and may court give additional relief as this Court may deem Just and Proper.

Respectfully submit.

_/s/ Armand Florez_
Armand Florez / Plaintiff
In Pro-se.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

**TEH**

Your complaint has been filed as civil case number _____.

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

_____ Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. √ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   √ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   √ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07