1 Armand Florez
2 8141 Orion Ave
  Van Nuys CA. 91406
3   In Pro-se.


FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Armand Florez

  Plaintiff

Vs                                   CASE NO# C 08-0011 TEH(PR)
                                     MOTION Enlarging of Time
ARNOLD SCHWARZENEGGER (Calif Governor) (CL Rules 6-1 et.seq.)
JAMES E. Tilton (CDCR-Secretary) Scott Kernan  DECLARATION PURSUANT to
Chief Deputy Secretary) and et.al..            28 USC § 1746.
  Defendants

The Plaintiff is Proceeding in Pro-se in this matter, in the United States District Court for the Northern District of California.

On 12th of February 2007. Plaintiff received Notice of the matter now being Addressed to the court and now move to file Motion Enlarging of Time for 30 days to meet the requirement of completing the Certificate of funds in Prison Account with Plaintiff trust Account statement showing transactions for the last six (6) months covering from the months of July 2007 to January 2008.

Once Again. For the Third Time Plaintiff is requesting from Pleasant Valley State Prison (PVSP) to complete these Certificate of fund in Prison Account with Plaintiff trust Account Statement, which Two of them has been submitted to the court already. but for some unexpected / unforeseen reason. the court has never received such documentation.

(1)

1  For these reasons is why Plaintiff is seeking Motion
2  Enlarging of time. After 30days or from the time the court permit
3  for Pleasant Valley State Prison (PVSP) to complete these Documents. If
4  PVSP refuses to comply or chooses to ignore these court requirement,
5  Then the showing of "BAD faith" has been Establish and Extraordinary
6  circumstances exist beyond Plaintiff control and Motion to Waive
7  Certificate of funds in Prison Account with Plaintiff trust Account
8  statement should be Granted or any other relief as the Court may
9  deem Just and Proper.
10    Plaintiff Armand Florez is being competent to make this
11  declaration and having personal knowledge of the matters stated
12  there in declare Pursuant to 28 USC § 1746, declare under Penalty
13  of Perjury that the foregoing is true and correct. Executed on
14  January 17, 2008 at Van Nuys California.

_____
Armand Florez - Plaintiff - In Prose
Declarant

(2)

CASE NO# C 08-0011 TEH (PR)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 17th day of February, 2008, at 8141 ORION AVE. VAN NUYS CA. 91406.

(Signature) _____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez, am a resident of California, in the County of Los Angeles, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My 8141 ORION AVE, VAN NUYS CA. 91406.

On 17th of February 2008, I served the foregoing: CASE NO# C 08-0011 TEH (PR)
1) EX-PARTE CORRESPONDENCE. Issue to Certificate of Funds in Prisoner's And in tr alie...
2) MOTION ENLARGING OF TIME - CL RULES 6-1 et seq / Declaration Pursuant to 28 USC§ 1746
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail,

| CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN District of California 450 GOLDEN GATE AVENUE P.O. BOX 36060 SAN FRANCISCO CA. 94102 | ATTORNEY GENERAL Office 455 Golden Gate Ave Suite 11000 San Francisco CA. 94102-3664 |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 17th of February 2008, _____
DECLARANT/PRISONER