TO  Inmate Trust Account Dept.
Pleasant Valley State Prison (PVSP)
P.O. BOX 8501
COALINGA CA. 93210

From  Armand Florez K63387
8141 Orion Ave
Van Nuys CA. 91331

12th of FEB. 2008. (2-12-08)

Ref:  1983 Claim Case No+ C080011 TEH (P.R)
Requesting for Certificate of Funds in Prisoner's Account &
trust account statement showing transactions for the last
six months

Dear Sir,

My name is Armand Florez K63387 and Address is in caption above.
Please fill out this Attached Certificate of Funds in Prisoner's
Account for the last six months from the time Plaintiff was
incarcerated at PVSP from July 2007 to Jan 2. 2008 the time this
legal document was file. Filing Date Jan. 2. 2008.

Inclose is self stamped envelope Addressed to U.S. District
Court. 450 Golden Gate Ave. P.O. BOX 36060 San Francisco CA.
94102-9680.

Respectfully submit,

Armand Florez K63387

FILED
08 FEB 25 PM 12:49
[illegible] W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Armand Florez K63387,
    Pleasant Valley State Prison
2  P.O.Box 8501
3  Coalinga CA. 93210
      In Pro-SE.
4

Case Number: C08 0011 TEH (PR)

8                    **CERTIFICATE OF FUNDS**

9                                    **IN**

10                    **PRISONER'S ACCOUNT**

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of  Armand Florez K63387  for the last six months

14 Pleasant Valley State Prison (PVSP)  [prisoner name] where (s)he is confined.
   [name of institution]

15    I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ ⊘  and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $ ⊘ .

19 Dated: 2/20/08

                                          _____
                                          [Authorized officer of the institution]

- 5 -

Standard form letter

# C08 0011 TEH (PR)

Rec'd
2-12-08
Tues

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(PR)

**TEH**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. √ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   √ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   √ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

```
REPORT ID: TS3030   .701                                                              REPORT DATE: 02/20/08
                                                                                      PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  PLEASANT VALLEY STATE PRISON
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 02, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER  : K63387                              BED/CELL NUMBER:
ACCOUNT NAME    : MACIAS, ARMANDO FLORES              ACCOUNT TYPE: D
PRIVILEGE GROUP:

                              TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY
             BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
              BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED

               0.00         0.00          0.00           0.00          0.00             0.00

                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE

                                                                        0.00
```

[Stamp: ATTEST: COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. CALIFORNIA DEPARTMENT OF CORRECTIONS BY TRUST OFFICE]

[Signature] 2-20-08