IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,

    Plaintiff,

  v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. C 08-0011 TEH (PR)

JUDGMENT

For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 06/03/08

_____
THELTON E. HENDERSON
United States District Judge