1  Armand Florez
   P.O. Box 2022
2  North Hills CALIF. 91393-2022
      In Pro-Se
3



FILED
08 JUL -7 PM 3:04
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  Armand Florez
11      Plaintiff                    NO# C 08-0011 TEH (PR)
12  Vs                               MOTION FOR EXTENSION FOR
                                     TIME to file Motion FOR RECON-
13  Arnold SCHWARZENEGGER. et.al.,   SIDERATION & OBJECTIONS MOTION
14      Defendants.
15  _____

16      On 6-25-08 Wednes. Plaintiff received three ORDER:
17  1) ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS
18     And REQUEST FOR ENLARGEMENT OF TIME.
19  2.) ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK
20  3.) JUDGMENT.
21      Plaintiff respectfully move to motion the Court for 20 days
22  extension from this date of July 2, 2008. to file a motion for
23  Reconsideration (Civil L.R. 7.9.) and OBJECTIONS MOTION in
24  response to Order of Dismissal and Instruction to the Clerk and
25  Judgment orders. By July 22, 2008 is sufficient to complete these
26  said Motions.
27              Conclusion
    May the Court Grant this Motion for Extension for Time of

1 | 20 days to complete these said Motion for Reconsideration &
2 | Objections Motion.

Respectfully submit

2nd of July 2008

Date: 7-2-08.

Armand Florez (Plaintiff)
IN Pro-se
P.O. Box 2022
North Hills CALIF. 91393-2022
Telephone No# 323-295-5715

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 2nd day of July, 2008, at

(Signature) _____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez, am a resident of California in the County of Los Angeles State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My address is P.O. Box 2022 North Hills California 91393.

On 2nd of July, 2008, I served the foregoing: Case No# C-08-0011 TEH (PR) Motion For Extension For Time to File Motion For Reconsideration & Objections Motion.

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail,

| OFFICE OF THE CLERK U.S. DISTRICT COURT | Attorney General Office |
|---|---|
| NORTHERN DISTRICT OF CALIFORNIA | 455 Golden Gate Ave Suite 11000 |
| 450 GOLDEN GATE AVENUE | San Francisco CA, 94102-3664. |
| SAN FRANCISCO CALIFORNIA 94102 | |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2nd of July, 2008, _____
DECLARANT/PRISONER